IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                   4:05-CR-69(2) JMM

MICHAEL TICE

ORDER FOR WARRANT OF ARREST

Pending before the Court is a Motion for Revocation of Bond and for issuance of a warrant

of arrest for the defendant, Michael Tice.  The defendant was heretofore sentenced but allowed to

remain on bond and report on April 3, 2006 to the institution designated to commence service of

the sentence imposed by this Court on February 2, 2006.

The probation office has reported that the defendant has failed to comply with the

conditions of his release.

IT IS THEREFORE ORDERED that a warrant of arrest for the defendant, Michael Tice, be

issued[1] by the clerk forthwith.  The defendant shall be transported directly to the institution

designated to commence serving his sentence of imprisonment.

Dated this 17th day of March, 2006.

UNITED STATES DISTRICT JUDGE

---

[1] Doc. #77